

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00049-CV

| | | |
|---|---|---|
| IN THE INTEREST OF L.K. AND O.K., CHILDREN | § | On Appeal from the 393rd District Court |
| | § | |
| | | of Denton County (14-09269-393) |
| | § | |
| | | November 8, 2018 |
| | § | |
| | | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's "Order on Motion for Enforcement of Child Support Order" and its "Order on Motion for Additional Orders on Motion for Enforcement of Child Support" and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees D.L.K. and M.A.K. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Wade Birdwell
         Justice Wade Birdwell